

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2019

No. 04-19-00732-CR

Eric Nathaniel **REEL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR11077
Honorable Ray Olivarri, Judge Presiding

# O R D E R

On October 27, 2019, appellant's appointed trial counsel, Lynette Boggs-Perez, filed a motion in this court requesting to withdraw as appellate counsel. After consideration, we **GRANT** counsel's motion. *See* TEX. R. APP. P. 6.5. Because appellant is indigent, new appellate counsel must be appointed.

Accordingly, we **ORDER** this appeal **ABATED** and **REMANDED** to the trial court for appointment of new appellate counsel by **November 18, 2019**. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure appellant has effective assistance of counsel). We further **ORDER** the trial court clerk to file a supplemental clerk's record containing the trial court's order appointing new appellate counsel in this court by **December 2, 2019**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2019.



LUZ ESTRADA,
Chief Deputy Clerk